**Opinion issued November 4, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00407-CR

————————————

**JOHNNY ZERMENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1906045**

---

## MEMORANDUM OPINION

Appellant's appointed counsel filed a motion for extension asserting that appellant had no right of appeal because he entered into a charge bargain with the State. *See Shankle v. State*, 119 S.W.3d 808, 813–14 (Tex. Crim. App. 2003) (holding there is no right of appeal when appellant and State enter into charge

bargain). The State has filed a motion to dismiss the appeal, agreeing that this Court lacks jurisdiction.

The clerk's record shows that appellant agreed to plead guilty without an agreed recommendation as to sentencing in exchange for the State's agreement to a PSI hearing and a sentencing range of 15 years in prison to life in prison. The trial court certified that appellant had no right to appeal because the case was a plea-bargain case. *See* TEX. R. APP. P. 25.2(a)(2).

We grant the motion and dismiss this appeal for lack of jurisdiction. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).